UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                - against -

RAINY DAY HOLDINGS, LLC,
THE RAINY DAY FOUNDATION, INC.,
DEFAULT MITIGATION SERVICES, LLC,
RICK DEL SONTRO, ROBERT CLUTE,
MICHAEL SHRUM, CHRIS NAILLON,
CHRIS HAUVER, KELLY SCHWEDLAND,
TODD LUDLOW, FRANKLIN FIRST
FINANCIAL, LTD., FREDERICK ASSINI,
ANTONIO BAINES, ANDREW DAURO,
CHRIS BERTMAN, MAX KANE,
JOANN MEDEIROS, WALTER STASHIN,
CONTINENTAL MORTGAGE BANKERS,
INC. d/b/a FINANCIAL EQUITIES, and
GREGG MARCUS,

                    Defendant .
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

15-CV-5576

SIRS:

      PLEASE TAKE NOTICE, that the undersigned has been retained to represent defendant Joann Medeiros in the captioned matter. I am a member in good standing of the Bar of the State of New York, having been admitted to the Appellate Division, Second Department in 1987. Additionally, I am admitted to practice in the Eastern District of New York, the Southern District of New York, and before the United States Supreme Court.

Dated:  October 6, 2015
         Garden City, New York

Yours, etc.,

_____
KEVIN J. KEATING, ESQ.
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 222-1099